

ADA

FILED IN OPEN COURT

SEP 28 2022

CHARLES R. DIARD, JR.
CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIM. NO. 22-00173-KD |
| | * | USAO NO. 21R00507 |
| v. | * | |
| | * | VIOLATION: 18 USC § 922(g)(1) |
| NARADA BARRY WHITE | * | |

### INDICTMENT

**THE GRAND JURY CHARGES:**

### Count One
### Felon In Possession of Firearm
### Title 18, United States Code, Section 922(g)(1)

On or about May 30, 2020, in the Southern District of Alabama, Northern Division, the defendant,

**NARADA BARRY WHITE,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, to-wit: Robbery in the Second Degree on June 13, 1997, in the Circuit Court of Dallas County, Alabama, case number CC 1997-025; Assault in the First Degree on June 20, 2006, in the Circuit Court of Dallas County, Alabama, case number CC 2004-088; and Obstructing Justice Using a False Identity, on December 17, 2013, in the Circuit Court of Jefferson County, Alabama, Birmingham Division, case number DC 2012-8479, did knowingly possess, in and affecting interstate commerce, a loaded firearm, namely, one (1) Smith & Wesson, model SD9VE, 9mm caliber pistol, SN: FBA4031 and 9 mm ammunition.

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE NOTICE

The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense in violation of Title 18, United States Code, Section 922(g)(1) set forth in Count One of this Indictment, the defendant,

**NARADA BARRY WHITE,**

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in any knowing violation of Title 18, United States Code, Section 922(g), including, but not limited to:

1. One (1) Smith & Wesson, model SD9VE, 9mm caliber pistol, SN: FBA4031; and
2. Seven (9) rounds of 9mm ammunition.

All pursuant to Title 18, United States Code, Section 924(d) and Title 28 United States Code, Section 2461(c).

A TRUE BILL

_____
FOREMAN UNITED STATES GRAND JURY
SOUTHERN DISTRICT OF ALABAMA

SEAN P. COSTELLO
UNITED STATES ATTORNEY

_____
ANDREW D. ARRINGTON
Assistant United States Attorney

_____  
SEAN P. COSTELLO *by Kree Heisterhagen*
Chief, Criminal Division          SEPTEMBER 2022