IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) CRIMINAL ACTION 2:22-00173-KD-MU |
| | ) |
| NARADA BARRY WHITE, | ) |
|     Defendant. | ) |

**ORDER**

This matter is before the Court on the "Defendant's Bruen-Based Motion to Dismiss" (Doc. 17) and the United States of America's Response (Doc. 24).

As explained in the United States' brief and adopted as the Court's reasoning (Doc. 24 at 3-23), by reaffirming and adhering to its reasoning in D.C. v. Heller, 554 U.S. 570, 128 S. Ct. 2783, 171 L. Ed. 2d 637 (2008) and McDonald v. City of Chicago, Ill., 561 U.S. 742, 130 S. Ct. 3020, 177 L. Ed. 2d 894 (2010) the Supreme Court in New York State Rifle & Pistol Ass'n, Inc. v. Bruen, 213 L. Ed. 2d 387, 142 S. Ct. 2111 (2022) did not change the regulatory framework that prohibits felons from possessing firearms. Moreover, the Eleventh Circuit has previously rejected a Second Amendment challenge to 922(g)(1) in United States v. Rozier, 598 F.3d 768 (11th Cir. 2010). Accordingly, Defendant White's Motion to Dismiss (Doc. 17) is **DENIED.**

**DONE** and **ORDERED** this the **19th** day of **January 2023.**

        /s/ Kristi K. DuBose
        **KRISTI K. DUBOSE**
        **UNITED STATES DISTRICT JUDGE**