IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) CRIMINAL ACTION 2:22-00173-KD-B |
| | ) |
| NARADA BARRY WHITE, | ) |
|    Defendant. | ) |

**ACCEPTANCE OF GUILTY PLEA**
**AND ADJUDICATION OF GUILT**

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 44) and without any objection having been filed by the parties, Defendant Narada Barry White's plea of guilty to **COUNT ONE** of the Indictment (charging a violation of Title 18, United States Code, Section 922(g)(1) (Felon in Possession of a Firearm)), is now accepted, and the Defendant is adjudged guilty of such offense.

The sentencing hearing is scheduled for **June 2, 2023** at **11:00 a.m.,** in Courtroom 4B of the United States Courthouse, 155 Saint Joseph St., Mobile, Alabama, 36602.

**DONE** and **ORDERED** this the **24th** day of **March 2023.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**